# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 06-cv-02210-JLK

RANDALE BRANNON, individually, and as the surviving spouse of decedent DENISE
BRANNON,

Plaintiff,

vs.

APRIA HEALTHCARE, INC., a foreign corporation, doing business in the State of Colorado,

Defendant.

---

## ORDER OF DISMISSAL *WITH PREJUDICE*

---

This matter is before the Court on the Stipulated and Joint Motion to Dismiss with
Prejudice (doc. #16), filed July 10, 2007.  The court has considered the motion and reviewed the
pleadings.  It is, therefore

ORDERED that the Motion is GRANTED.  All claims against Apria Healthcare, Inc. are
hereby DISMISSED WITH PREJUDICE.  The parties are responsible for their own costs and
fees.

Entered this 11th day of July, 2007.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court